# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: Mark Falk, USMJ |
| v. | MAGISTRATE NO.: 18-3580 |
| ANKUR AGARWAL | DATE OF PROCEEDINGS: April 26, 2018 |
| | DATE OF ARREST: April 26, 2018 |

PROCEEDINGS: Initial Appearance

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ___ AFPD ___ CJA
(X) PRELIMINARY HEARING WAIVED ON THE RECORD
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
( ) PLEA AGREEMENT
( ) ORDER OF DETENTION
(X) FINANCIAL AFFIDAVIT EXECUTED
(X) OTHER _notice of appearance - Deft. Counsel_

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(X) BAIL SET: _100,000_
    ( ) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
(X) TRAVEL RESTRICTED _____
(X) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
(X) SURRENDER &/OR OBTAIN NO PASSPORT
(X) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.           DATE: _____
( ) DETENTION / BAIL HRG.                 DATE: _____
( ) TRIAL: ___ COURT ___ JURY             DATE: _____
( ) SENTENCING                            DATE: _____
( ) OTHER: Notice of Appearance: Defendant's Counsel   DATE: _____

APPEARANCES:

AUSA _____ Anthony Moscato _____

DEFT. COUNSEL _____ Terry Webb, Esq. _____

PROBATION _____

INTERPRETER _____
    Language: ( )

Time Commenced: 4:05 PM
Time Terminated: 4:10 PM
CD No: ECR

_Lorraine McNerney_
DEPUTY CLERK