♣AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____ New Jersey _____

UNITED STATES OF AMERICA,
    Plaintiff (s),

v.

ANKUR AGARWAL
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 18 MG 3580

Notice is hereby given that, subject to approval by the court, Ankur Agarwal substitutes
(Party (s) Name)

Samuel M. Braverman , State Bar No. SB5992 as counsel of record in
(Name of New Attorney)

place of Terry Webb
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
    Firm Name: Fasulo, Braverman & Di Maggio, LLP
    Address: 225 Broadway, Suite 715, New York, NY 10007
    Telephone: (212) 566-6213    Facsimile (718) 293-5395
    E-Mail (Optional): _____

I consent to the above substitution.
Date: 5/15/18
    (Signature of Party (s))

I consent to being substituted.
Date: 5/14/18
    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/14/2018
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]