## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mark Falk |
| v. | : | Mag. No. 18-3580 (MF) |
| ANKUR AGARWAL | : | <u>Order for Continuance</u> |

This matter having been opened to the Court by Craig Carpenito, United States Attorney for the District of New Jersey (Anthony Moscato, Assistant United States Attorney, appearing), and defendant Ankur Agarwal (Samuel M. Braverman, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right under 18 U.S.C. § 3161(b) to have the matter presented to a Grand Jury within thirty (30) days of his arrest; and the defendant through his attorney having consented to this fifth continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The United States and the defendant seek time to engage in plea negotiations, and a plea of this matter would render a trial unnecessary;

2. The defendant has consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 2 day of Jan 2019,

ORDERED that the proceedings in the above-captioned matter are continued from the date this order is signed through, and including, March 3, 2019; and

IT IS FURTHER ORDERED that the aforementioned period shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. MARK FALK
United States Magistrate Judge

Consented and Agreed to by:

Samuel M. Braverman, Esq.
Counsel for Defendant

Anthony Moscato
Assistant United States Attorney