

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com
LFasulo@fbdmlaw.com

February 28, 2019

Hon. Michael A. Hammer,
United States Magistrate Judge
for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

**Re:** *United States v. Ankur Agarwal*
*Case No.: 18 MJ 03580*

Dear Judge Hammer,

    This office represents Ankur Agarwal in the above referenced matter. We previously sent Judge Falk the attached letter motion requesting a modification of Mr. Agarwal's bail conditions so that he may: (a) take his minor son to Richmond, Virginia from March 8 to 10 for his soccer tournament, and (b) change his third party custodian from his, now, ex-wife to his mother. A member of Judge Falk's chambers reached out to this office to request the Government's position on this request and to notify us that, since Judge Falk is out on medical leave, we should direct this motion to the Magistrate Judge on duty.

    Please be advised that the Government has since notified our office that they have no objections to our request for bail modification. For the reasons previously provided, I respectfully request this Court grant the above referenced modifications to Mr. Agarwal's bail conditions.

    Thank you for your attention in this matter. Should you require any additional information, please do not hesitate to contact me at the 225 Broadway address listed below.

                                             Respectfully submitted,

                                             s/ Sam Braverman
                                             Sam Braverman, Esq.

Cc:    Anthony Moscato, AUSA (via ECF)

**225 Broadway, Suite 715**        **505 Eighth Avenue, Suite 300**        **Post Office Box 127**
**New York, New York 10007**        **New York, New York 10018**        **Tenafly, New Jersey 07670**
**Tel (212) 566-6213**        **Tel (212) 967-0352**        **Tel (201) 569-1595**
**Fax (212) 566-8165**        **Fax (201) 596-2724**        **Fax (201) 596-2724**