

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com
SBraverlaw@fbdmlaw.com

February 6, 2019

Mag. Judge Mark Falk
United States Magistrate Judge
for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

**Re:   United States v. Ankur Agarwal**
        **Case No.: 18 MJ 03580**

Dear Judge Falk,

I represent Ankur Agarwal in the above referenced matter, and respectfully request for the following modifications to Mr. Agarwal's bail conditions.

First, Mr. Agarwal requests a temporary modification of his bail conditions so that he may travel to Richmond, Virginia from March 8 to 10 to attend his son's soccer tournament. If approved, Mr. Agarwal would provide an itinerary to Pre-Trial Services prior to his trip. Second, Mr. Agarwal requests a modification to his "Third-Party Custodian." At the moment the custodian is specified as Prerna Jain, however Mr. Agarwal and Ms. Jain have divorced. Therefore, he would like his mother, Shashi Agarwal, to be listed as his "Third Party Custodian" instead.

I have notified the Government and Pre-Trial Services about these requests. I have not heard back from the Government yet. But, as per their location monitoring policy, Pre-Trial Services does not consent to any overnight requests for clients who are under location monitoring. Also, Pre-Trial Services does not believe Mr. Agarwal's mother is a suitable Third Party Custodian because, after a home visit several months ago, PTS located an iPad that was no longer password protected.

Thank you for your consideration of these requests. Should you require any additional information, please do not hesitate to contact me.

                                        Respectfully submitted,

                                        s/ Sam Braverman
                                        Samuel M. Braverman, Esq.
                                        Fasulo Braverman & Di Maggio, LLP
                                        225 Broadway, Suite 715
                                        New York, New York 10007
                                        Tel. 212-566-6213

Cc:    Anthony Moscato, AUSA (via e-mail)
        Kelly Fernandes, Pre-Trial Services(via e-mail)

---

**225 Broadway, Suite 715**        **505 Eighth Avenue, Suite 300**        **Post Office Box 127**
**New York, New York 10007**        **New York, New York 10018**        **Tenafly, New Jersey 07670**
**Tel (212) 566-6213**        **Tel (212) 967-0352**        **Tel (201) 569-1595**
**Fax (212) 566-8165**        **Fax (201) 596-2724**        **Fax (201) 596-2724**