UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
--------------------------------------------------X
UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANKUR AGARWAL,

        Defendant.

--------------------------------------------------X

**ORDER**

Case No.: 18 MJ 03580

## ORDER GRANTING A MODIFICATION OF BAIL CONDITIONS

Upon the application of ANKUR AGARWAL, by his counsel, SAMUEL M. BRAVERMAN, Esq., it is hereby, *and the Government having consented;*

**ORDERED,** that the bail conditions for ANKUR AGARWAL are temporarily modified to permit him to travel to Richmond, Virginia from March 8 to March 10, provided he gives Pre-Trial Services an itinerary of his trip; and it is also hereby,

**ORDERED,** that the bail conditions for ANKUR AGARWAL are permanently modified to remove Prerna Jain as his Third Party Custodian, and it is hereby, *and immediately informs Pre-Trial Services upon his return to NJ*

**ORDERED,** that Shashi Agarwal is hereby appointed as the new Third Party Custodian for ANKUR AGARWAL.

SO ORDERED

_____
Hon. Michael A. Hammer, U.S.M.J.

Dated: March _1_, 2019