

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & MA

www.FBDMLaw.com

May 21, 2019

Mag. Judge Mark Falk
United States Magistrate Judge for the
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

**Re:** *United States v. Ankur Agarwal*
*Case No.: 18 MJ 03580*

Dear Judge Falk,

    I respectfully request a modification of Mr. Agarwal's bail conditions so that he may travel to Springfield, PA from May 24 - 26 to attend a wedding and related festivities scheduled for May 25 and 26, at an address previously provided to Pre-Trial Services. If approved, Mr. Agarwal would provide Pre-Trial Services with an itinerary of his trip.

    Pre-Trial Services takes no position on this request and indicates that "per policy, [they] do not consent to overnight travel for defendant's who are on location monitoring." The Government has also been notified about this request, but we have not received a response on its position as of yet.

    Thank you for your consideration of this matter. Should you require any additional information, please do not hesitate to contact me.

    Respectfully submitted,

    s/ Sam Braverman_____
    Sam Braverman, Esq.
    Fasulo Braverman & Di Maggio, LLP
    225 Broadway, Suite 715
    New York, New York 10007
Cc: AUSA     Tel. 212-566-6213