UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
------------------------------------------------X
UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANKUR AGARWAL,

        Defendant.
------------------------------------------------X

ORDER ~~(Proposed)~~

Case No.: 18 MJ 03580

## ORDER GRANTING REQUEST
## FOR MODIFICATION OF BAIL CONDITIONS

Upon the application of ANKUR AGARWAL, by his counsel SAMUEL M. BRAVERMAN, Esq., it is hereby,

ORDERED, that the bail conditions for ANKUR AGARWAL are temporarily modified to permit him to travel to Springfield Country Club located at 400 West Sproul Road, Springfield, PA 19064 so that he may attend a wedding on May 25, 2019 and return late May 26, 2019 and/or early May 27, 2019. All other release conditions will remain in full.

ORDERED, that ANKUR AGARWAL must immediately contact Pre-Trial Services upon his return to New Jersey.

SO ORDERED.

_____
Judge Falk, ~~USDCJ~~ USMJ
MARK

Dated: May 24, 2019