

**FASULO BRAVERMAN & DI MAGGIO, LLP**

ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

November 13, 2019

Hon. Susan D. Wigenton
United States District Court for the
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

**Re:**   *United States v. Ankur Agarwal*
         *Case No.: 19 Cr. 770*

Dear Judge Wigenton,

    Your Honor previously approved a modification of Mr. Agarwal's bail conditions so that he may travel with his son to three soccer tournaments. It has come to our attention that the dates related to the two upcoming travel dates were incorrect. Pursuant to instructions from Pre-Trial Services, we require an updated Order. Therefore, I respectfully request an updated order modifying Mr. Agarwal's travel conditions so that he may travel with his son to two upcoming soccer tournaments that require that he remain out-of-state overnight. The travel will be to Connecticut from November 16-17, and to Connecticut again from November 23-24. If approved, Mr. Agarwal would provide his travel itinerary to Pre-Trial Services

    As mentioned in the previous travel request, Pre-Trial Services took no position on requests for overnight stay, and the Government had no objection to these requests.

    We apologize for the submission with the erroneous dates, and thank the Court for its attention in this matter.

Respectfully submitted,

s/ Sam Braverman
Sam Braverman, Esq.

**So Ordered**
this 14th day of November 2019

Susan D. Wigenton, U.S.D.J.

Cc: Anthony Moscato, AUSA

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

Post Office Box 127
Tenafly, New Jersey 07670
Tel (201) 569-1595
Fax (201) 596-2724