UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Docket No.: 2:19-CR-00770-SDW-1

UNITED STATES OF AMERICA

Judge: Hon. Susan D. Wigenton

v.

**Notice of Appeal to the U.S. Court of Appeals for the Third Circuit**

ANKUR AGARWAL

Notice is hereby given that   ANKUR AGARWAL
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from

['Z"] Judgment, [ Z ] Order, [ ] Other"   DOCKET #50, DOCKET #51
(Specify)
of the United States District Court, District of New Jersey, entered in this action on

SEPTEMBER 3, 2020              .
(Date)

Dated: SEPTEMBER 15, 2020

ANKUR AGARWAL
Appellant

67 CHAPIN RD, APT #20
Street

PINE BROOK, NJ 07058
City, State, Zip

973-787-4069
Telephone