

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & MA

www.FBDMLaw.com
SBraverman@FBDMLaw.com

November 18, 2020

Hon. Susan D. Wigenton
United States District Judge
Dr. Martin Luther King United States Courthouse
50 Walnut Street
Newark, New Jersey

Re:  *United States v. Ankur Agarwal*
Dkt. 19 Cr 770 (SDW)

Dear Judge Wigenton:

    I submit this letter request, with the consent of the Government, for an extension of time for Mr. Agarwal to pay the fine imposed by this Court as part of his sentence. Mr. Agarwal has contacted the United States Marshal's office to seek a payment schedule of the fine and was informed that only the Court could set such a schedule, given that at the time of the sentencing the Court stated that the fine was "due immediately".

    Mr. Agarwal requests that this Court allow the defendant to pay the fine in five installments of $5,000 each, one payment annually, commencing on February 1, 2021.

    I have consulted with AUSA Matthew Nikic, and the Government has no objection to this request. I thank the Court for its consideration.

Respectfully submitted,

   s/ Sam Braverman

Samuel M. Braverman
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
SBraverman@FBDMLaw.com

1

CC: AUSA Matthew Nikic (by ECF)

2