```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY
```

UNITED STATES OF AMERICA,

      v.

ANKUR AGARWAL,

    DEFENDANT, pro se

2021 MAY 17 P 9:19

CRIMINAL NUMBER:

2:19-cr-00770-SDW

MOTION TO RELEASE
TRAVEL DOCUMENTS

Hon. Judge Susan D. Wigenton:

Ankur Agarwal asks for his travel documents. One of the conditions of pretrial release was Mr. Agarwal surrender his travel documents, including US passport, US passport card, and India OCI (Overseas Citizen of India) passbook. Pre-Trial Services (PTS) confirmed possession in Jan 2021. Mr. Agarwal requests release of the travel documents. Please use his Mom's address:

Shashi Agarwal
9130 Concord Hunt Cir
Brentwood, TN 37027

Respectfully submitted,

Ankur Agarwal
Reg #71563-050
FCI Ft. Dix Satellite Camp
PO Box 2000
Joint Base MDL, NJ 08640

Date: May 11, 2021

Certificate of Service

Matthew F. Nikic, AUSA
970 Broad Street
Newark, New Jersey 07101

Court Clerk
United States District Court
District of New Jersey
Martin Luther King, Jr.
Federal Bldg and US Courthouse
50 Walnut Street.
Room 4015
Newark, New Jersey 07102

Certified Mail No.
7020 0090 0002 3307 8186

Date: May 11, 2021

Respectfully Submitted

Ankur Agarwal

