# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANKUR AGARWAL,<br><br>    Defendant. | Crim. No. 19-770 (SDW)<br><br>**O R D E R**<br><br>May 24, 2021 |

**THIS MATTER** having come before this Court upon Defendant Ankur Agarwal's ("Defendant") Motion for Release of Travel Documents, (D.E. 64), including his U.S. Passport, U.S. Passport Card, and India OCI (Overseas Citizen of India) passbook, and this Court having consulted with U.S. Pretrial Services and finding no basis for the return of the travel documents to Defendant,

**IT IS** on this 24th day of May, 2021,

**ORDERED** that Defendant's Motion for Release of Travel Documents is **DENIED**.

**SO ORDERED.**

                                                        s/ *Susan D. Wigenton*
                                                        **SUSAN D. WIGENTON**
                                                        **UNITED STATES DISTRICT JUDGE**