UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANKUR AGARWAL,<br><br>Defendant. | Criminal. No: 19-770 (SDW)<br><br>**ELECTRONICALLY FILED**<br><br>SUSAN D. WIGENTON, U.S.D.J. |

### (proposed) TURNOVER ORDER

**WHEREAS** this Court entered a Judgement in a Criminal Case, dated September 3, 2020, which, among other things, required Defendant Ankur Agarwal (Defendant) to pay mandatory Special Assessment in the amount of $300.00 and a Fine in the amount of $25,000.00 (plus interest) and that the Fine was to be paid in full by October 3, 2020;

**AND WHEREAS** the Court ordered that the Special Assessment and Fine were "due immediately";

**AND WHEREAS**, pursuant to Defendant's Motion of November 18, 2020, the Court granted the Defendant's Motion and ordered that Defendant's Judgement be amended to allow the Defendant to make five equal annual Fine payments of $5,000.00, commencing on February 1, 2021;

**AND WHEREAS,** as of March 8, 2022, the Defendant's Fine remained unpaid and the Defendant's outstanding Fine debt balance was approximately $24,951.39;

**AND WHEREAS** a review of the Defendant's debt payments disclosed that his Special Assessment debt of $300,00 was paid in full on October 26, 2020, which

was prior to the Defendant's Motion of November 18, 2020. The Defendant's Fine payments have consisted of four $25.00 payments, that resulted in a combined total Fine payment of $100.00;

**AND WHEREAS** this Defendant has failed to comply with his Amended Judgement, which had required the Defendant to make Fine payments of $5,000.00 on both February 1, 2021 and February 1, 2022;

**AND WHERERAS** a Fine debt balance of approximately $24,951.39, remained unpaid as of March 8, 2022;

**AND WHEREAS** pursuant to 18 U.S.C. § 3613(c), entry of final judgment created a lien on all of Defendant's property and rights to property;

**AND WHEREAS** the United States may use any authorized federal or state procedure to enforce the judgment. 18 U.S.C. § 3613(a), (f);

**AND WHEREAS** as of March 8, 2022, the Defendant had a Bureau of Prisons (BOP) Inmate Trust Account (also known as: Inmate Commissary Account) with an approximate balance of $1,429.11;

**IT IS** on this _____ day of _____ 2022,

**ORDERED** that the BOP remit to the Clerk for the District of New Jersey, 402 East State Street, Room 2020, Trenton, New Jersey 08608, the amount of _____ from the balance that is currently held in the BOP Inmate Trust Account for the inmate Ankur Agarwal, Register Number: 71563-050, at the Federal Correctional Institution-Fort Dix at Joint Base MDL, New Jersey. Those

funds shall be applied to the Defendant's outstanding Fine balance. Defendant shall be credited with the amount of that payment to his outstanding Fine Order.

 

_____
SUSAN D. WIGENTON
United States District Judge