UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-2890
_____

UNITED STATES OF AMERICA

v.

ANKUR AGARWAL,
                Appellant
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2-19-cr-00770-01)
District Judge: Honorable Susan D. Wigenton
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
November 8, 2021

Before: HARDIMAN, MATEY, and SCIRICA, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted on November 8, 2021. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment entered on September 4, 2020, be and the same is hereby AFFIRMED. All in accordance with the Opinion of this Court.

Costs shall not be taxed.

                                        ATTEST:

                                        s/ Patricia S. Dodszuweit
                                        Clerk

Dated: February 3, 2022

Certified as a true copy and issued in lieu of a formal mandate on   04/01/2022

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**