Ankur Agarwal
0, Reg #71563-050, PO BOX 2000
FCI Ft Dix Satellite Camp
FORT DIX, NJ 08640
United States



RECEIVED
2022 APR 26 P 2:21

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MLK JR FEDERAL BLDG AND COURTHOUSE
50 WALNUT ST
ROOM 4015
NEWARK, NJ 07102



