Ankur Agarwal
U. Reg # 71583-050, PO BOX 2000
FCI Ft Dix Satellite Camp
FORT DIX, NJ 08640
United States









RDC 06     07102

U.S. POSTAGE PAID
FC PKG RTL
JOINT BASE MDL, NJ
08640
FEB 02, 23
AMOUNT
$0.00
R2303S101087-07

CLERK
U S DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2023 FEB -6  A 11: 58

COURT CLERK
US DISTRICT COURT
DISTRICT OF NEW JERSEY
MLK, JR. FEDERAL BLDG AND US COURTHOUSE
50 WALNUT ST
ROOM 4015
NEWARK, NJ 07102

X-RAY

