**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANKUR AGARWAL,<br><br>    Defendant. | Crim. No. 19-770 (SDW)<br><br>**ORDER**<br><br>February 23, 2023 |

**THIS MATTER** having come before this Court upon Defendant, Ankur Agarwal's Motion to Revise Fine Schedule of Payments (D.E. 75), and this Court having reviewed the submissions provided by Defendant and the Government,

**IT IS** on this 23rd day of February, 2023,

**ORDERED** that Defendant's Motion is **DENIED without prejudice**.

Defendant shall complete the Financial Disclosure Form provided by the Government and attach all necessary supporting documents and renew his application at that time.

**SO ORDERED.**

_____
SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE