<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No. 19-770 (SDW) |
| Plaintiff, | |
| v. | **ORDER** |
| ANKUR AGARWAL, | March 13, 2023 |
| Defendant. | |

**THIS MATTER** having come before this Court upon Defendant Ankur Agarwal's response (D.E. 78) to the Government's opposition (D.E. 76) to Defendant's Motion to Revise Fine Schedule of Payments (D.E. 75), which this Court will treat as a Motion for Reconsideration under L. Civ. R. 7.1(i),[1] and this Court having considered the parties' submissions, for the reasons stated in this Court's Whereas Opinion dated March 13, 2023,

**IT IS** on this 13th day of March 2023,

**ORDERED** that Defendant's Motion for Reconsideration is **DENIED**.[2]

**SO ORDERED**.

s/ *Susan D. Wigenton*
**SUSAN D. WIGENTON**
**UNITED STATES DISTRICT JUDGE**

---

[1] This Court denied Defendant's Motion to Revise Fine Schedule of Payments (D.E. 75), on February 23, 2023, (D.E. 77).

[2] This Court has no objection to Defendant obtaining records of his payments towards the $25,000.00 fine imposed in this matter. (*See* D.E. 50, 59). He is free to request those records from the Finance Department of this Court.

Orig:          Clerk
cc:            Parties