**POSITIVE DECISION REPORT**

**U.S. DEPARTMENT OF JUSTICE**                                   **FEDERAL BUREAU OF PRISONS**

| Justification Report | | | |
|---|---|---|---|
| 1. Institution: FCI Fort Dix | | | |
| 2. Inmate's Name: Ankur Agarwal | 3. Register Number: 71563-050 | 4. Date of Incident: August 27, 2023 | 5. Time: 07:45 |
| 6. Place of Incident: FCI Ft. Dix | 7. Assignment: DPW | 8. Unit: Satellite Camp | |

9. Positive Behavior Demonstrated in Institution Related to ISDS:

- ☐ Daily Living Skills
- ☐ Mental Health Skills
- ☐ Wellness Skills
- ☒ Interpersonal Skills
- ☐ Academic Skills

- ☐ Cognitive Skills
- ☒ Vocational/Career Skills
- ☐ Leisure Time Skills
- ☒ Character Skills

10. Justification (Description of Positive Behavior)

See attached

| 11. Printed Name/Signature of Reporting Employee: Ofc Reid | 12. Date: August 27, 2023 |
|---|---|
| 13. Approved by (Signature and title) Unit Manager: Ofc K Byrd | 14. Date: 9/27/23 |

## Demonstrated Reentry Skills

This certificate is awarded in recognition of demonstrating notable reentry skills at the Federal Correctional Institution, Fort Dix, New Jersey.

Ankur Agarwal was in the Joint Base MacGuire Dix Lakehurst (JB MDL) Inmate Labor Program (ILP) for 2 years -- June 2021 to March 2023. In my role as Base Officer (BO), I recruited inmates and made work assignments based on the needs of the Program. The Program was temporarily suspended due to COVID. The suspension was lifted in June 2021 under modified operations whereby inmate clearance required full vaccination in addition to all other aspects of clearance (background investigation and medical fitness), with no exceptions! Since the inmates were getting the vaccines before the community, they could be removed from quarantine and lay the groundwork for return of the military personnel to the base.

At the outset, all inmates -- including Agarwal -- were designated to the TBSA work detail, which was the group performing upkeep of the barracks and housing areas. Buildings had to be brought up to hygiene standards before people would be allowed to return. During the COVID times, the buildings had enough cleaning supplies but no workers to do the tasks. Even the unremarkable cleaning tasks became a priority. An inordinate detail of cleanliness was created such as filling up soap dispensers, pressure washing showers, disinfecting common areas, laundering sheets, etc. In addition, 3 of the barracks required replacement of the mattresses and box springs. This entailed going floor-by-floor, room-by-room, taking the old articles to the dumpster and unpacking the new articles. The performing of work to military standards was affirmed as all of the 49 barracks Agarwal worked in passed inspection.

To continue working in the Program inmates had to remain testing negative for COVID-19, exhibit no symptoms, undergo daily temperature checks, and wear face masks at all times. Normally, an inmate must have 6 months at this present work detail before changing assignment to another work detail within the ILP. However, I as the BO moved Agarwal to the Special work detail due to an imminent need. The military's Operation Allies Welcome (OAW) had selected JB MDL as one of the locations to host Afghan nationals evacuating with the US withdrawal. Transportation began daily dropping off Afghan nationals well before the tent housing shelters were built on Doughboy Field. It was decided to temporarily house the guests in the barracks. Thanks to COVID preparedness, the basic hygiene standards were in place, but the rooms needed to be re-configured to accommodate a family as opposed to a unit of soldiers. Since it was prohibited for the inmates from having any contact with the Afghan nationals, all the work had to be completed no later than October 2021.

Although inmates do not have supervisory roles, Agarwal had other inmates volunteer onto the ILP. A surge support of 40-50 inmates were picked up each morning during September and transported to the assigned barracks for a full day's work. Again as inmates were prohibited from having any outside food or drinks in their possession (other than a water bottle), I shuttled food trays from the camp kitchen at lunch time, obviating interruption of work.

The work certainly kept the inmates busy. Lockers and bunks had to

trucked from the depots to the 16 barracks. 6-person and 8-person rooms were re-configured into 2-family units by installing dividing curtains. Finally, housekeeping work processes were used. Cleaning closets were stocked with equipment to include vacuum cleaners, brooms, mops and buckets, and cleaning chemicals. Windows were draped with shades and blinds. Inventory of linens needed overall for pillows, sheets, etc. was done. Minor checks were done to verify functioning of electrical outlets and electrical appliances with a procedure for reporting problems. Sanitation for proper disposal to include trash receptacles were placed in each room. Some inmates, though not Agarwal, were assigned to minor wall repairs -- painting, papering, and paneling.

Agarwal successfully completed the entire scope of his work. He was especially adept to combine the training from the TBSA work detail and the specific instruction from the Special work detail in order to execute the job within the critical timeframe. Where he had questions, he felt free to speak with his monitor' Again, Agarwal was not a supervisor, but the surge inmates went to him for work scheduling, and I considered him an inter primus pares.

Finally, I saved the last part of the PDR to elaborate on the positive behavior demonstrated by Agarwal. An inmate is expected to do a full day's work, keep busy, and perform the work task to the standards stated by his monitor. Agarwal exceed expectations. Every morning at 7:45 am, Agarwal reported to work and assiduously did the day's tasks. One of his work details was the BAT work detail -- the landscaping group --which he was required to use landscaping equipment. After requisite training, he was issued an equipment operator's qualification record certifying the types on equipment Agarwal was qualified to operate. His qualifications are kept on file at the Program Office and include equipment to perform landscaping for all seasons: cutting grass, chopping and pruning trees, mulching, snow removal, leaf pick-up, shrubbery hedging, hitching and unhitching of trailers, and hauling yard waste to the on-site dump. Further validating his qualifications, Agarwal received training on basic maintenance of the equipment: sharpening of the lawn mower blades, performing hydraulics and engine oils and fluid checks prior to use, cleaning filters and chassis after use, lubrication of saws with bar-and-chain oil, and greasing all equipment with a grease gun at the designated grease points. But perhaps the most important training he received was adhering to all safety requirements and providing a safe work environment. Of course, wearing of personal protective protection (PPE) equipment -- goggles, hearing protection, steel-toed shoes, and clothing -- when operating any type of motorized tool is a must. But beyond that, you must learn each of the safety devices on the equipment, and exercise care, cooperation, and common sense!

One particular incident demonstrates Agarwal's adherence to safety. The incident involved an accident. While weed-whacking a flower bed, Agarwal's equipment expelled a stone -- striking an external window and shattering it. Agarwal was alone at the time. No other person or property was involved. He did not leave the scene of the incident, but rather flagged down his monitor as his vehicle was passing by. His monitor went inside and informed the building manager. The BAT work

detail manager -- Mr. Hawthorne -- arrived at the scene and made contact with the DoD police, as well as myself as the FCI BO. While on the work site, an inmate is required to have possession of his BoP photo-ID card. He provided the same ID to the DoD police along with submitting to an interview and providing the required written statement. Here, Agarwal demonstrated care, cooperation, and common sense. His safety briefings had trained him on proper accident reporting, because safety training recognizes the inevitability of accidents even when equipment is operated in such a way that does not create an unsafe act. Here Agarwal took responsibility for making sure the accident reporting rules were followed. The most important rule is to tell someone immediately if you are injured. Fortunately, there was no such incident here.

The incident also provided a lessons learned. The BAT work detail equipped itself with plywood window fenders which can be temporarily affixed to the window at the work site.

Agarwal was a good worker. He has good workplace behavior. As a worker, he used his time efficiently and acquired the necessary skill sets. He spent his work detail time gainfully. And I suspect, in return, Agarwal obtained satisfaction from not only accomplishing the job, but also fruitfully impacting the Program.

EXHIBIT B



# ServSafe® CERTIFICATION

## ANKUR AGARWAL

for successfully completing the standards set forth for the ServSafe® Food Protection Manager Certification Examination, which is accredited by the American National Standards Institute (ANSI)–Conference for Food Protection (CFP).

5528
EXAM FORM NUMBER

8/2/2021
DATE OF EX...
Local laws apply. Che... ...cy for recertification requirements.

8/2/2026
DATE OF EXPIRATION



#0655

Sherm...
...ciation Solutions

In accordance with...


...the ServSafe logo are trademarks of the NRAEF. National Restaurant Association® and the arc design

Contact us with questions at 233 S. Wacker Drive, Suite 3600, Chicago, IL 60606-6383 or ServSafe@restaurant.org

```
FTDAU          *         INMATE EDUCATION DATA         *      11-15-2023
PAGE 001       *              TRANSCRIPT               *      08:02:04

REGISTER NO: 71563-050     NAME..: AGARWAL                FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: FTD-FORT DIX FCI

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
FTD  ESL HAS   ENGLISH PROFICIENT           01-26-2021 1335 CURRENT
FTD  GED HAS   COMPLETED GED OR HS DIPLOMA  01-26-2021 1335 CURRENT

---------------------------- EDUCATION COURSES ----------------------------
SUB-FACL  DESCRIPTION                    START DATE  STOP DATE EVNT AC LV  HRS
FTD SCP   ARABIC LANGUAGE - CHAPLAINCY   07-22-2023  CURRENT
FTD SCP   T-WELDING                      03-30-2023  CURRENT
FTD SCP   TPC: MAKING MEASUREMENTS (104) 06-05-2022  06-15-2022  P  C  P   20
FTD SCP   ELE-SAF UNDERSTANDING NFPA 70E 01-05-2023  01-15-2023  P  C  P   16
FTD SCP   TPC: ANALYTICAL INSTRMNTN 278  01-05-2023  01-15-2023  P  C  P   10
FTD SCP   BASIC MECHANICS 301 TPC - CAMP 02-05-2023  02-15-2023  P  C  P   20
FTD SCP   TPC: BASIC HYDRAULICS (307)    02-05-2023  02-15-2023  P  C  P   20
FTD SCP   BASIC PNEUMATICS 309           03-05-2023  03-15-2023  P  C  P   20
FTD SCP   TPC: PNEUMATIC TROUBLESHOOTING 03-05-2023  03-15-2023  P  C  P   20
FTD SCP   INTRODUCTION TO PACKAGING 311  04-05-2023  04-15-2023  P  C  P   14
FTD SCP   MECHANICAL DRIVE MNTNC 341     05-05-2023  05-15-2023  P  C  P   10
FTD SCP   MACHINE SHOP PRACTICES 315     06-05-2023  06-15-2023  P  C  P   10
FTD SCP   MACHINE SHOP TURNING OPS 316   06-05-2023  06-15-2023  P  C  P   10
FTD SCP   MACHINE SHOP SHAPING OPS 317   07-05-2023  07-15-2023  P  C  P   14
FTD SCP   INDUSTRIAL RIGGING PRACT TPC   07-05-2023  07-15-2023  P  C  P   14
FTD SCP   BEARINGS&SHAFT SEAL MNTNC 343  08-05-2023  08-15-2023  P  C  P   10
FTD SCP   PUMP INSTALLATN & MAINTNCE 344 08-05-2023  08-15-2023  P  C  P   10
FTD SCP   HAND TOOLS                     09-05-2022  09-15-2022  P  C  P   20
FTD SCP   PORTABLE POWER TOOLS           09-05-2022  09-15-2022  P  C  P   20
FTD SCP   HAND AND FINGER SAFETY         09-05-2022  09-15-2022  P  C  P    2
FTD SCP   HAND & POWER TOOL SAFETY CONST 09-05-2022  09-15-2022  P  C  P    2
FTD SCP   OSHA USING FIRE EXTINGUISHERS  10-05-2022  10-15-2022  P  C  P    2
FTD SCP   WELDING SAFETY                 10-05-2022  10-15-2022  P  C  P    2
FTD SCP   HOW POWER PLANTS WORK 111 -TPC 10-05-2022  10-15-2022  P  C  P   10
FTD SCP   GNRTING STEAM N POWERPLANT 112 10-05-2022  10-15-2022  P  C  P   10
FTD SCP   TPC: MEASUREMENTS (161)        11-05-2022  11-15-2022  P  C  P   10
FTD SCP   TPC:BASIC HAND TOOLS (162)     11-05-2022  11-15-2022  P  C  P   10
FTD SCP   TPC: WORK PLANNING&SETUP (163) 12-05-2022  12-15-2022  P  C  P   10
FTD SCP   TPC: METALCUTTING FNDMNTLS 164 12-05-2022  12-15-2022  P  C  P   10
FTD SCP   OSHA RESPIRATORY PROTECTION    05-05-2022  05-15-2022  P  C  P    2
FTD SCP   OSHA RECORDKEEPING FOR EMPLOYE 05-05-2022  05-15-2022  P  C  P    2
FTD SCP   READING BLUEPRINTS 101 - TPC   05-05-2022  05-15-2022  P  C  P   20
FTD SCP   TPC:READING SCHEMATICS&SYMBOLS 05-05-2022  05-15-2022  P  C  P   14
FTD SCP   DIVERSITY WORKPLACE FOR EMPLOY 06-05-2022  06-15-2022  P  C  P    2
FTD SCP   OFFICE ERGONOMICS              06-05-2022  06-15-2022  P  C  P    2
FTD SCP   TPC: MATH IN THE PLANT 103     06-05-2022  06-15-2022  P  C  P   20
FTD SCP   FIRST AID                      07-05-2022  07-15-2022  P  C  P    2
FTD SCP   ELECTRICAL SAFETY              07-05-2022  07-15-2022  P  C  P    2
FTD SCP   TPC: CHEMICAL HAZARDS (151)    07-05-2022  07-15-2022  P  C  P    6
FTD SCP   NONMETALS IN THE PLAN 106      07-05-2022  07-15-2022  P  C  P   20

G0002       MORE PAGES TO FOLLOW . . .
```

```
  FTDAU           *         INMATE EDUCATION DATA        *     11-15-2023
PAGE 002 OF 002 *              TRANSCRIPT                *      08:02:04

REGISTER NO: 71563-050    NAME..: AGARWAL                  FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: FTD-FORT DIX FCI

------------------------------ EDUCATION COURSES ------------------------------
SUB-FACL  DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
FTD SCP   EYE SAFETY                   08-05-2022 08-15-2022  P   C  P    2
FTD SCP   LADDER SAFETY                08-05-2022 08-15-2022  P   C  P    2
FTD SCP   INDUSTRIAL SAFETY AND HEALTH 08-05-2022 08-15-2022  P   C  P   24
FTD SCP   TPC: TROUBLESHOOTING SKILLS110 08-05-2022 08-15-2022 P  C  P   14
FTD SCP   UNDRSTND BASIC AC CONTROL EQUI 04-05-2022 04-15-2022 P  C  P   20
FTD SCP   ELECTRICAL TROUBLESHOOTING   04-05-2022 04-15-2022  P   C  P   20
FTD SCP   OSHA FORMALDEHYDE STANDARD   04-05-2022 04-05-2022  P   C  P    2
FTD SCP   PREVENTING WORKPLACE DISCRIMIN 04-05-2022 04-05-2022 P  C  P    2
FTD SCP   OSHA BLOOD BORNE PATHOGENS   04-05-2022 04-05-2022  P   C  P    2
FTD SCP   OSHA SILICA SAFETY CNSTRCN ENV 04-05-2022 04-05-2022 P  C  P    2
FTD SCP   LEGAL RESEARCH I - CAMP      10-20-2021 01-24-2022  P   C  P   24
FTD SCP   UNDERSTANDING 3PHASE MOTOR SYS 10-15-2021 10-27-2021 P  C  P   20
FTD SCP   ASBESTOS AWARENESS           08-24-2021 08-26-2021  P   C  P    2
FTD SCP   LEAD EXPOSURE IN GENERAL INDUS 08-24-2021 08-26-2021 P  C  P    2
FTD SCP   INTRODUCTION TO OSHA         07-27-2021 07-29-2021  P   C  P    2
FTD SCP   OSHA PPE - CAMP              07-27-2021 07-29-2021  P   C  P    2
FTD SCP   SERVSAFE CERTIFICATION       07-02-2021 08-02-2021  P   C  P   24
FTD SCP   OPERATE&MAINTAIN 1PHASE MOTORS 08-06-2021 08-19-2021 P  C  P   20
FTD SCP   ELECTRICAL MEASURING INSTRUMEN 06-11-2021 06-18-2021 P  C  P   10
FTD SCP   HEALTHY MINDS AND BODIES     05-07-2021 07-08-2021  P   C  P   24
FTD SCP   USE&MAITAIN TRANSFORMERS & AC 05-28-2021 06-10-2021  P   C  P   20
FTD SCP   USE&MAINTAIN BATTERIES&DC CIRC 06-01-2021 06-15-2021 P  C  P   20
FTD SCP   TPC:BSC ELCTRCTY&ELCTRNCS 201 05-14-2021 05-27-2021  P   C  P   14
FTD SCP   WORKPLACE VIOLENCE           05-16-2021 05-16-2021  P   C  P    2
FTD SCP   CONFLICT RESOLUTION IN OFFICE 05-16-2021 05-16-2021  P   C  P    2
FTD SCP   WORKPLACE HARRASSMENT INDUSTRY 04-24-2021 04-26-2021 P  C  P    2
FTD SCP   BULLYING & DISRUPTIVE BEHAVIOR 04-24-2021 04-26-2021 P  C  P    2




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

# Certificate of Completion

This certificate is awarded to

## ANKUR AGARWAL

in recognition of successfully completing

## THRESHOLD PROGRAM

## AT FCI FORT DIX

Date this 4th of August, 2022

Chaplain Dr. Shuayb
Facilitator

