Ankur Agarwal
0 , Reg #71563-050, PO BOX 2000
FCI Ft Dix Satellite Camp
FORT DIX, NJ 08640
United States

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2023 NOV 27  A 10: 59

Retail



07102

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
JOINT BASE MDL, NJ 0864(
NOV 17, 2023

$0.00

R2305M143840-07

Court Clerk
COURT CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MLK, JR FEDERAL BLDG. AND US COURTHOUSE
50 WALNUT ST
ROOM 4015
NEWARK, NJ ~~07102~~
07102

X-RAYED