UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 2:19-00770 (SDW) |
| ANKUR AGARWAL | : | SUBSTITUTION OF ATTORNEY |

PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Elaine K. Lou, Assistant U.S. Attorney (Elaine.Lou@usdoj.gov), in substitution for Matt Nikic, who previously appeared in this matter.

PHILIP R. SELLINGER
United States Attorney

*/s/ Elaine K. Lou*

By: ELAINE K. LOU
Assistant U.S. Attorney

Dated: December 1, 2023