## POSITIVE DECISION REPORT

**U.S. DEPARTMENT OF JUSTICE**  **FEDERAL BUREAU OF PRISONS**

### Justification Report

| 1. Institution: FCI Fort Dix | | | |
|---|---|---|---|
| 2. Inmate's Name: Ankur Agarwal | 3. Register Number: 71563-050 | 4. Date of Incident: August 6, 2024 | 5. Time: 11:45 am |
| 6. Place of Incident: FCI Ft. Dix | 7. Assignment: Welding | 8. Unit: Satellite Camp | |

**9. Positive Behavior Demonstrated in Institution Related to ISDS:**

- ☐ Daily Living Skills
- ☐ Mental Health Skills
- ☐ Wellness Skills
- ☐ Interpersonal Skills
- ☒ Academic Skills
- ☒ Cognitive Skills
- ☒ Vocational/Career Skills
- ☐ Leisure Time Skills
- ☐ Character Skills

**10. Justification (Description of Positive Behavior)**

See attached

| 11. Printed Name/Signature of Reporting Employee: Ofc Miranda | 12. Date: 8-21-24 |
|---|---|
| 13. Approved by (Signature and title) Unit Manager: Ofc K Byrd | 14. Date: 8/22/24 |

### Demonstrated Reentry Skills

This certificate is awarded in recognition of demonstrating notable reentry skills at the Federal Correctional Institution, Fort Dix, New Jersey.

Ankur Agarwal was enrolled in the FCI Ft. Dix Welding Program for 1 year -- starting March 2023; completing March 2024. In my role as Vocational Training Officer, I oversaw the whole Program. The Program takes into consideration inmates' projected release date in order to prioritize enrollment. The goal of vocational training is to provide a hands-on approach. The emphasis is on "doing" rather than "observing".

After classroom instruction in safety and theory, the instruction shifted into the FCI Ft. Dix training center. A Lincoln Tech master instructor provided instruction per industry standards and inspected the student's weld to see whether it conformed to standards. The student's weld work was expected to improve in quality through hours of practice and inspection and repetition. Ultimately, the student was expected to successfully complete a level of training to an entry-level welder and receive a certificate identifying him as so.

Agarwal met the demands of the Program. Agarwal studied each of the 3 textbooks --Core Curriculum, Welding Level 1, and Welding Level 2 -- to increase knowledge. Classroom testing established he obtained the knowledge on safety and theory, including the characteristics of metals and the technology to apply to different types of welds.

Agarwal also learned how to field test equipment setup, proper handling and preparing of metals, and following welding specifications even before striking an arc.

Agarwal practiced over and over to develop fundamental skills. The program taught two types of welding: Shielded Metal Arc Welding (SMAW -- sometimes called Stick) and Gas Metal Arc Welding (GMAW -- sometimes called MIG), all on steel. Performance testing ensured Agarwal achieved true competency for both Stick and MIG. Examining using a variety of methods, Agarwal's Stick and MIG welds passed the required criteria.

The FCI Ft. Dix Welding Program is not for everyone. Out of 15 students, 8 successfully completed the training. Agarwal's training is a means for him to enter into the welding trade at the entry-level position.

Agarwal is ready to proceed.

Sincerely,

*[signature]*
Ofc. Miranda

# Lincoln Technical Institute

### Union, New Jersey



*This certifies that*

## Ankur Agarwal

*has satisfactorily completed the program in*

## Welding

*and is therefore awarded this*

## Certificate

*Given this 23rd day of April 2023*



Campus President



Director of Education

# FSA Time Credit Assessment
Register Number: 71563-050, Last Name: AGARWAL

**U.S. DEPARTMENT OF JUSTICE**　　　　　　　　　　　　**FEDERAL BUREAU OF PRISONS**

```
Register Number....: 71563-050              Responsible Facility: FTD
Inmate Name                                 Assessment Date.....: 07-29-2024
  Last............: AGARWAL                 Period Start/Stop...: 12-18-2020 to 07-29-2024
  First...........: ANKUR                   Accrued Pgm Days....: 1319
  Middle..........:                         Disallowed Pgm Days.: 0
  Suffix..........:                         FTC Towards RRC/HC..: 250
Gender............: MALE                    FTC Towards Release.: 365
Start Incarceration: 12-18-2020             Apply FTC to Release: Yes
```

```
Start         Stop         Pgm Status    Pgm Days
12-18-2020    07-14-2021   accrue        208
  Accrued Pgm Days...: 208
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 60
----------------------------------------------------------------
Start         Stop         Pgm Status    Pgm Days
07-14-2021    07-29-2024   accrue        1111
  Accrued Pgm Days...: 1111
  Carry Over Pgm Days: 28
  Time Credit Factor.: 15
  Time Credits.......: 555
```

--- FSA Assessment ----------------------------------------------

| # | Start | Stop | Status | Risk Assignment | Risk Asn Start | | Factor |
|---|---|---|---|---|---|---|---|
| 001 | 12-18-2020 | 01-15-2021 | ACTUAL | FSA R-MIN | 04-28-2021 | 1344 | 10 |
| 002 | 01-15-2021 | 07-14-2021 | ACTUAL | FSA R-MIN | 04-28-2021 | 1344 | 10 |
| 003 | 07-14-2021 | 01-10-2022 | ACTUAL | FSA R-MIN | 04-28-2021 | 1344 | 15 |
| 004 | 01-10-2022 | 07-09-2022 | ACTUAL | FSA R-MIN | 01-06-2022 | 1017 | 15 |
| 005 | 07-09-2022 | 01-05-2023 | ACTUAL | FSA R-MIN | 01-06-2022 | 1017 | 15 |
| 006 | 01-05-2023 | 07-04-2023 | ACTUAL | FSA R-MIN | 09-06-2022 | 1111 | 15 |
| 007 | 07-04-2023 | 12-31-2023 | ACTUAL | FSA R-MIN | 03-12-2023 | 1509 | 15 |
| 008 | 12-31-2023 | 06-28-2024 | ACTUAL | FSA R-MIN | 08-22-2023 | 1301 | 15 |
| 009 | 06-28-2024 | 12-25-2024 | ACTUAL | FSA R-MIN | 02-07-2024 | 0827 | 15 |