⇔71563-050⇔
Ankur Agarwal
0 , Reg.#71563-050, PO BOX 2000
FCI Ft Dix Satellite Camp
FORT DIX, NJ 08640
United States



RECEIVED
SEP 09 2024
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

COURT CLERK
US DISTRICT COURT
MARTIN LUTHER KING FEDERAL BLDG
50 WALNUT ST
ROOM 4015
NEWARK, NJ 07102


