UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,
v.
ANKUR AGARWAL,
DEFENDANT, pro se

CRIMINAL NUMBER:
2:19-cr-00770-SDW
MOTION TO RELEASE TRAVEL DOCUMENTS

Hon. Judge Susan D. Wigenton:

Ankur Agarwal asks for travel documents. One of the conditions of pre-trial release was surrendering his travel documents, including US passport, US passport card, and India OCI (Overseas Citizen of India) passbook. Pre-Trial Services (PTS) confirmed possession. Mr. Agarwal requests release to his Mom's address:

Shashi Agarwal
9130 Concord Hunt Cir
Brentwood, TN  37027

Respectfully submitted,

*[signature]*

Ankur Agarwal, pro se
Register #71563-050
FCI Ft. Dix Satellite Camp
PO Box 2000
Joint Base MDL, NJ  08640

Date: September 18, 2024

*[Stamp: 2024 SEP 30 P 12: 37   CLERK U.S. DISTRICT COURT DISTRICT OF NEW JERSEY RECEIVED]*

## Certificate of Service

### Court Clerk

United States District Court
District of New Jersey
Martin Luther King, Jr.
Federal Bldg and US Courthouse
50 Walnut Street
Room 4015
Newark, New Jersey 07102

Certified Mail Number:
7020 3160 0001 7673 2274

### US Attorney's Office

Clara Kim, AUSA
970 Broad Street
Suite 700
Newark, New Jersey 07102

via First Class Mail

### US Pre-Trial Services Office

Kelly Fernandes, PTSO Supervisor
50 Walnut Street
Newark, New Jersey 07102
via First Class Mail

Respectfully submitted,

_(signature)_

Ankur Agarwal, pro se
Reg. #71563-050
FCI Ft. Dix Satellite Camp
PO Box 2000
Joint Base MDL, NJ 08640-0902

Date: September 18, 2024