

UR AGARWAL
#71563-050
FT. DIX SATELLITE CAMP
BOX 2000
JT BASE MDL, NJ 08640

CERTIFIED MAIL
7020 3160 0001 7673 2274

Retail
U.S. POSTAGE PAID
FCM LG ENV
JOINT BASE MDL, NJ
SEP 24, 2024
$0.00
S2324N501868-07
RDC 99
07102

UNITED STATES DISTRICT COURT
MLK, JR. FEDERAL BLDG AND US COURTHOUSE
50 WALNUT ST
ROOM 4015
NEWARK, NJ 07102

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2024 SEP 30 P 12:36

XRAYED